1  Bradley T. Austin, Esq.
   Nevada State Bar No. 13064
2  Snell & Wilmer, LLP
3  3883 Howard Hughes Pkwy, Suite 1100
   Las Vegas, NV 89169
4  Tel: 702-784-5200
   Fax: 702-784-5252
5  Email: baustin@swlaw.com

6  *Attorneys for Defendant*
7  *Equifax Information Services, LLC*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELE M. STOCKTON, | Case No. 2:16-cv-02128-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| ONE NEVADA CREDIT UNION; SYNCHRONY BANK/CHEVRON DC; CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") requested an extension to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Michele M. Stockton has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended through and including November 5, 2016. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions.

/ / /

/ / /

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 30th day of September 2016.

    /s/ David H. Krieger
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Michele M. Stockton*


SNELL & WILMER L.L.P.


By:  /s/ Bradley T. Austin
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: September 30, 2016