Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone:  702.471.7000
Facsimile:  702.471.7070
vigila@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
Chase Bank USA, N.A.(improperly named
"Chase Bank, National Association")*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE M. STOCKTON,<br><br>    Plaintiff,<br><br>v.<br><br>ONE NEVADA CREDIT UNION; SYNCHRONY BANK/CHEVRON DC; CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | CASE NO.  2:16-cv-002128-RFB-NJK<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Defendant Chase Bank USA, N.A.'s (improperly named as "Chase Bank, National Association") ("Chase") response to plaintiff Michele M. Stockton's complaint currently is due October 11, 2016.  At Chase's request, the undersigned parties stipulate and agree that Chase has up to and including November 11, 2016 to respond to plaintiff's complaint, to provide time for Chase to continue to investigate plaintiff's allegations and for the parties to discuss a potential early resolution of the claims asserted against Chase.

[Continued on following page.]

DMWEST #14980809 v1

This request is made in good faith and not made for purposes of delay

Dated: October 7, 2016

| BALLARD SPAHR LLP | HAINES & KRIEGER. |
|---|---|
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant*<br>*Chase Bank USA, N.A.* | By: /s/ David Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>Jennifer Isso<br>Nevada Bar No. 13157<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br>(702) 880-5554<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 11, 2016