Bradley T. Austin, Esq.
Nevada State Bar No. 13064
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE M. STOCKTON,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ONE NEVADA CREDIT UNION; SYNCHRONY BANK/CHEVRON DC; CHASE NATIONAL BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>　　　　　　　　Defendants. | Case No. 2:16-CV-02128-RFB-NJK<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |

　　　　Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Michele M. Stockton has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended through and including **December 2, 2016**. Plaintiff and Equifax are actively engaged in

/ / /

/ / /

/ / /

/ / /

1  settlement discussions. The additional time to respond to the Complaint will facilitate settlement
2  discussions. This stipulation is filed in good faith and not intended to cause delay.
3  DATED: November 2, 2016

SNELL & WILMER L.L.P.

By: /s/ Bradley T. Austin
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Equifax Information Services LLC*

**No Opposition**

HAINES & KRIEGER

By: /s/ David H. Kreiger
David H. Kreiger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123

*Attorneys for Plaintiff Linda Marks*

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED November 3, 2016

- 2 -