1  Abran E. Vigil
   Nevada Bar No. 7548
2  Lindsay Demaree
   Nevada Bar No. 11949
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106-4617
   Telephone: 702.471.7000
5  Facsimile: 702.471.7070
   vigila@ballardspahr.com
6  demareel@ballardspahr.com

7  *Attorneys for Defendant*
   *Chase Bank USA, N.A.(improperly named*
8  *"Chase Bank, National Association")*

9

10                    UNITED STATES DISTRICT COURT

11                          DISTRICT OF NEVADA

12  MICHELE M. STOCKTON,                  CASE NO. 2:16-cv-002128-RFB-NJK

13          Plaintiff,

14  v.
                                          **STIPULATION AND ORDER OF**
15  ONE NEVADA CREDIT UNION;              **DISMISSAL WITHOUT PREJUDICE**
    SYNCHRONY BANK/CHEVRON DC;            **AS TO CHASE BANK USA, N.A.**
16  CHASE BANK, NATIONAL                  **(IMPROPERLY NAMED AS CHASE**
    ASSOCIATION; EQUIFAX                  **BANK, NATIONAL ASSOCIATION)**
17  INFORMATION SERVICES, LLC;
    EXPERIAN INFORMATION
18  SOLUTIONS, INC.,

19          Defendants.

20

21      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff

22  Michele M. Stockton ("Plaintiff") and Defendant Chase Bank USA, N.A. (incorrectly

23  named as Chase Bank, National Association) ("Chase") stipulate to dismiss without

24  prejudice Plaintiff's claims against Chase only. Each party will bear her/its own

25  costs, disbursements and attorney's fees.

26

27                        *[Continued on following page.]*

28

Dated: December 14, 2016

| BALLARD SPAHR LLP | HAINES & KRIEGER |
|---|---|
| By: /s/ Lindsay Demaree <br> Abran E. Vigil <br> Nevada Bar No. 7548 <br> Lindsay Demaree <br> Nevada Bar No. 11949 <br> 100 North City Parkway, Suite 1750 <br> Las Vegas, Nevada 89106 <br><br> *Attorneys for Defendant Chase Bank USA, N.A. (improperly named "Chase Bank, National Association")* | By: /s/ David Krieger <br> David H. Krieger <br> Nevada Bar No. 9086 <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, Nevada 89123 <br><br> *Attorney for Plaintiff Michele M. Stockton* |

## ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 2nd day of January, 2017.