UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHELE M. STOCKTON,   )
                      )   Case No. 2:16-cv-02128-RFB-NJK
            Plaintiff(s),   )
                      )
vs.                   )   ORDER
                      )
ONE NEVADA CREDIT UNION, et al.,   )
                      )
            Defendant(s).   )
                      )

On November 9, 2016, Plaintiff filed a notice of settlement with Defendant Equifax. Docket No. 15. The parties are hereby **ORDERED** to file dismissal paperwork as to Equifax by February 3, 2017.

IT IS SO ORDERED.

Dated: January 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge